Case 1:25-cv-02472-UNA   Document 1   Filed 07/29/25   Page 1 of 7

RECEIVED
Mailroom
JUL 29 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Case: 1:25-cv-02472 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/29/2025
Description: Pro Se Gen. Civ. (F-DECK)

Derrick Mike Allen

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of North Carolina; Former Gov. Roy Cooper et. al.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Derrick Allen
   Street Address: Homeless
   City and County: Homeless
   State and Zip Code: Washington, D.C.
   Telephone Number:
   E-mail Address: Derrickallen2077@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

DEFENDANT NO(5) WCPSC
330 S. Salisbury St.
P.O. Box 2419
Raleigh, NC 27601

DEFENDANT NO (6) WCDC
3301 Hammond Rd.
Raleigh, NC 27699

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: FORMER GOV. ROY COOPER
Job or Title (if known): FORMER GOVERNOR
Street Address: 114 W. EDENTON STREET
City and County: RALEIGH/WAKE
State and Zip Code: NORTH CAROLINA
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: GOV. JOSH STEIN
Job or Title (if known): GOVERNOR
Street Address: 114 W. EDENTON ST.
City and County: RALEIGH/WAKE
State and Zip Code: NORTH CAROLINA 27601
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: LT. GOVERNOR
Job or Title (if known): LT. GOVERNOR OF NC
Street Address: 114 W. EDENTON ST.
City and County: RALEIGH/WAKE
State and Zip Code: NORTH CAROLINA 27601
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: JEFF JACKSON
Job or Title (if known): ATTORNEY GENERAL
Street Address: 114 W. EDENTON ST.
City and County: RALEIGH/WAKE
State and Zip Code: NORTH CAROLINA
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. **28 USC 1331; 28 USC 1332; 42 USC 1983; Violation of 4TH, 5TH, 8TH, 7TH, 13TH and 14TH Amendment of United States Constitution.**

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, (name) **DERRICK M. ALLEN**, is a citizen of the State of (name) **Washington, DC**.

    b. If the plaintiff is a corporation
       The plaintiff, (name) **Allen & Allen Sup. Sole-Pro.**, is incorporated under the laws of the State of (name) **District of Columbia**, and has its principal place of business in the State of (name) **North Carolina**.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) **Gov. Josh Stein**, is a citizen of the State of (name) **North Carolina**. Or is a citizen of (foreign nation) **N/A**.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) WCPSC/WCDC, is incorporated under the laws of the State of (name) NORTH CAROLINA, and has its principal place of business in the State of (name) NORTH CAROLINA. Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

PETITIONER RECENTLY FILED ACTION 1:24-CV-02613 WHEN FORMER GOV. COOPER WAS ACTING GOVERNOR, AND NOW I AM FORCED TO REPRESENT MYSELF IN RE 22CR001003-910; 22CR001004-910.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON 02/09/2025 PETITIONER WAS ARRESTED ONE DAY BEFORE HE WAS SCHEDULED TO RETURN TO WASHINGTON DC VIA AMTRAK; PETITIONER NAME IS DERRICK MIKE ALLEN AND NOT DERRICK MICHAEL ALLEN IN WHICH THE WARRANT

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PETITIONER REQUEST OR RATHER DEMAND THAT CASE # 1:24-CV-02613 BE REOPENED AND JURY TRIAL BE COMMENCED, AND BE MONETARY COMPENSATED IN THE AMOUNT OF 700 QUINTRILLION DOLLARS

## STATEMENT OF CLAIM

FOR FAILURE TO APPEAR COMMUNICATED DERRICK MICHAEL ALLEN AS THE PERSON TO BE SEIZED, and NOT DERRICK MIKE ALLEN.

MOREOVER, on 07/14/2025 JUDGE RIDGEWAY denied BOND MODIFICATION in RE 22CR001003-910 and 22CR 001004-910, in WHICH PETITIONER has been CONFINED FIVE MONTHS WITHOUT BOND MODIFICATION, NOR TRANSPORTED TO ORANGE COUNTY in RE 24CR328376 WHICH I AM CURRENTLY on PRETRIAL RELEASE; PER STATEMENT IN CASE NO. 1:24-CV-02613, [ONE YEAR LATER] "THESE CHARGE(S) ARE STILL PENDING OR HANGING OVER MY HEAD — AS A RESULT I ENDURE Housing and EMPLOYMENT DISCRIMINATION".

PETITIONER REQUEST FOR CASE # 1:24-CV-02613 — SEE, ALLEN V. RUSSO JR et. al. 5:25-CT-3096.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/25/2025

Signature of Plaintiff: Derrick Mike Allen
Printed Name of Plaintiff: DERRICK MIKE ALLEN

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____